# In The United States Court of Federal Claims

Cover Sheet 06-296 C

Plaintiff(s) or Petitioner(s) ARKO Executive Services, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Michael J. Shea

Firm Name: Sutherland Asbill & Brennan LLP

Post Office Box:

Street Address: 1275 Pennsylvania Avenue, NW

City-State-Zip: Washington, D.C. 20004

Telephone & Facsimile Numbers: Phone (202) 383-0161, Fax (202) 637-3593

E-mail address: mike.shea@sablaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 3 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: S T A

**See attached Sheet for three digit code.**

Amount Claimed: $ 184,010.10 and other relief as just and proper

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2 Yes, a Notice of Directly Related Case is being filed concurrently with the filing of this Cover Sheet.

May 6, 2005