ORIGINAL

FILED
APR 14 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKO EXECUTIVE SERVICES, INC.<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-296 C |

## RULE 7.1 DISCLOSURE STATEMENT

U.S. Security Services, Inc., a Delaware corporation, is the parent of Plaintiff Arko Executives Services, Inc., a Georgia corporation No publicly held corporation owns 10% or more of the stock of either of these corporations.

Respectfully submitted,

[signature]

Michael J. Shea, Esq.
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 383-0161
Fax: (202) 637-3593
Attorney for Plaintiff

Dated this 14th day of April 2006



WO 485066.3