ORIGINAL

FILED
APR 14 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ARKO EXECUTIVE SERVICES, INC.
Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-296 C

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2(a), Plaintiff hereby files notice that this case is directly related to the case filed previously in Docket No. 05-1193C, i.e., ARKO Executive Services v. the United States, which case is assigned to Judge Allegra.

In the case in Docket No. 95-1193C, Plaintiff's Complaint appeals from a Contracting Officer's final decision, dated March 18, 2005, denying Plaintiff's claim to entitlement to be paid for providing guard services at the American Embassy, Nicosia, Cyprus, in accordance with FAR 52.237-3 CONTINUITY OF SERVICES (JAN 1991). The case being filed is an appeal by the same Plaintiff against the same Defendant under the same contract from a final decision of the same Contracting Officer, dated March 21, 2006, denying Plaintiff's claim for payment of $184,010.10 for costs and fee for providing the guard services.

Assignment of the two cases to a single judge is appropriate. Consolidation of the two cases will promote conservation of the resources of the court and of the parties and efficient determination of the actions.

Respectfully submitted,

Michael J. Shea
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 383-0161
Fax: (202) 637-3593

Dated this 14 day of April 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Directly Related Case (along with a copy of the Complaint in the new case being filed with the Clerk, United States Court of Federal Claims concurrently with the filing of this Notice of Directly Related case) was served this 14th day of April 2006 by courier [Federal Express (next day service)] addressed to Michael Dierberg, Esq., Trial Attorney, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, 1100 L Street, NW, Washington, DC 20530 Attn: Classification Unit, 8th Floor.

Michael J. Shea
Attorney of Record for Plaintiff