IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARKO EXECUTIVE SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-296C |
| | ) | (Judge Allegra) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of J. Reid Prouty as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

J. Reid Prouty
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit,
8th Floor, 1100 L Street NW

Dated: May 4, 2006

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-7586
Fax: (202) 514-7969