IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARKO EXECUTIVE SERVICES, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 06-0296C (Judge Allegra) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests enlargements of time of three business days within which to respond to plaintiff's complaint and within which to file the joint preliminary status report ("JPSR"). The Government's response is currently due on June 13, 2006 and the JPSR is currently due on June 16, 2006. The extensions would bring the date for responding to the complaint to June 16, 2006 and the date for the parties to file the JPSR to June 21, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, ARKO Executive Services, Inc. ("ARKO") has indicated that ARKO is not opposed to this motion.

The requested enlargement of time is necessary because agency counsel has been out of the office from approximately May 24, 2006 through June 12, 2006, making it impossible for defendant's counsel to resolve any issues in the preparation of an answer during that time period. In addition, given the Government's request for an enlargement of time for the answer, counsel for ARKO requested that the Government seek an enlargement of the date for filing the JPSR to enable ARKO to review the answer prior to the preparation, completion, and filing of the JPSR.

For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of three business days within which to file its answer and within which to file the JPSR, through and including June 16, 2006 for the answer, and June 21, 2006 for the JPSR.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

June 13, 2006

Attorneys for Defendant